FILED ☒   LODGED ___
RECEIVED ___   COPY ___

JAN 3 0 2024

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

1 GARY M. RESTAINO
United States Attorney
2 District of Arizona

3 PATRICK E. CHAPMAN
Assistant United States Attorney
4 Arizona State Bar No. 025407
Two Renaissance Square
5 40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
6 Telephone: 602-514-7500
Email: Patrick.Chapman@usdoj.gov
7 Attorneys for Plaintiff

REDACTED FOR
PUBLIC DISCLOSURE

8                IN THE UNITED STATES DISTRICT COURT

9                     FOR THE DISTRICT OF ARIZONA

10
   United States of America,          No.    CR-24-00169-PHX-JJT (ESW)
11
                    Plaintiff,                  **INDICTMENT**
12
           vs.                        VIO:  18 U.S.C. § 933
13                                          (Trafficking in Firearms)
   Juan Daniel Lugo-Moya,                   Count 1
14
                                            18 U.S.C. §§ 922(g)(5) and 924(a)(8)
15                  Defendant.              (Possession of a Firearm by an
                                            Alien Unlawfully Present in the
16                                          United States)
                                            Count 2
17
                                            18 U.S.C. §§ 924(d), 934 and 981,
18                                          21 U.S.C. §§ 853 and 881; and
                                            28 U.S.C. § 2461(c)
19                                          (Forfeiture Allegation)

20    **THE GRAND JURY CHARGES:**

21                              <u>**COUNT 1**</u>

22          On or about January 5, 2024, in the District of Arizona, Defendant JUAN DANIEL

23    LUGO-MOYA did receive from another person a firearm, to wit: one Century Arms, model

24    M70AB2, 7.62 rifle, serial number: M70AB20466, and one Century Arms, model VSKA,

25    7.62 rifle, serial number: SV7112521, in or otherwise affecting interstate or foreign

26    commerce, knowing or having reasonable cause to believe that such receipt constituted a

27    felony.

28          In violation of Title 18, United States Code, Section 933.

**COUNT 2**

On or about January 5, 2024, in the District of Arizona, Defendant JUAN DANIEL LUGO-MOYA, knowing he was an alien illegally and unlawfully in the United States, did knowingly possess a firearm, to wit: one Century Arms, model M70AB2, 7.62 rifle, serial number: M70AB20466, and one Century Arms, model VSKA, 7.62 rifle, serial number: SV7112521, which had previously been shipped or transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(5) and 924(a)(8).

**FORFEITURE ALLEGATION**

The Grand Jury realleges and incorporates the allegations in Counts 1–2 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 18, United States Code, Sections 924(d), 934, and 981; Title 21, United States Code, Sections 853 and 881; Title 28, United States Code, Section 2461(c), and upon conviction of the offenses alleged in Counts 1–2 of this Indictment, the defendant shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offenses, and (b) any of the defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses as to which property the defendant is liable. If any forfeitable property, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

- 2 -

All in accordance with Title 18, United States Code, Sections 924(d), 934, and 981; Title 21, United States Code, Sections 853 and 881; Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

s/
FOREPERSON OF THE GRAND JURY
Date:  January 30, 2023

GARY M. RESTAINO
United States Attorney
District of Arizona


s/
PATRICK E. CHAPMAN
Assistant U.S. Attorney